IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| LARRY R. COMBS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. **2:09-cv-255** |
| ) | JURY DEMAND |
| MOUNTAIN STATES HEALTH ) | |
| ALLIANCE, d/b/a ) | |
| JOHNSON CITY MEDICAL CENTER; ) | |
| WATAUGA ORTHOPAEDICS, PLC; ) | |
| ROBERT J. DETROYE, M.D.; ) | |
| GREGORY LEE STEWART, M.D.; ) | |
| and ) | |
| MARC A. AIKEN, M.D. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Comes the Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and files this Notice of Dismissal without prejudice as to all Defendants in this cause. No defendant has filed an Answer in this matter and there is no Motion to Dismiss or Motion for Summary Judgment pending regarding any defendant in this matter.

Respectfully submitted this 23rd day of December, 2009.

*s/Sidney Gilreath*
Sidney W. Gilreath (BPR 2000)
Gilreath & Associates
550 Main Avenue, Suite 600
P. O. Box 1270
Knoxville, TN 37901-1270
(865) 637-2442
gilknox@sidgilreath.com

Mr. Carl McAfee

McAfee Law Firm
1033 Virginia Avenue NW
P. O. Box 656
Norton, VA  24273-0656

*Attorneys for Plaintiff*


CERTIFICATE OF SERVICE

  I hereby certify that the foregoing Notice of Voluntary Dismissal was filed electronically . Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this filing through the Court's electronic filing system.

  This 23rd day of December, 2009.


                <u>s/Sidney Gilreath</u>_____
                *Attorney for Plaintiff*